JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**GABRIEL CICALHUA, et al.,**<br><br>Defendants. | Case No. CV 20-10970 WDK (JCx)<br><br>**JUDGMENT** |

The Application of G & G Closed Circuit Events, LLC for the entry of Default Judgment as to defendants Gabriel Cicalhua, individually and d/b/a El Rey De Los Mariscos and Carla Vivas, individually and d/b/a El Rey De Los Mariscos, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff G & G Closed Circuit Events, LLC against defendants Gabriel Cicalhua, individually and d/b/a El Rey De Los Mariscos and Carla Vivas, individually and d/b/a El Rey De Los Mariscos, as follows:

(a)   defendants Gabriel Cicalhua, individually and d/b/a El Rey De Los

Mariscos and Carla Vivas, individually and d/b/a El Rey De Los Mariscos, shall pay the plaintiff, G & G Closed Circuit Events, LLC, $1,000.00 in total damages plus attorneys' fees in the amount of $300.00 plus costs.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants, or the pro se defendants in this matter.

Dated: October 7, 2021

_____
William Keller
United States District Judge